Stansbury v. Marks.

---

## STANSBURY v. MARKS.

### *Defence of infancy.*

In *assumpsit*, infancy can be given in evidence, under the general issue, but the jury may decide, whether it is a sufficient discharge.

CASE. Plea, *non assumpsit*. The defendant offered to give infancy in evidence, on this plea; to which the plaintiff objected. But—

BY THE COURT.—The evidence is clearly admissible. Under the general issue, however, the jury may decide, whether the evidence is sufficient to discharge him, or not. The position is generally true, that an infant can only bind himself for necessaries ; yet, in the court of chancery, cases occur, in which a payment would be decreed, contrary to the strict rule of the common law. In this form of action, equity is the principal consideration ; and from necessity, the courts of law, in Pennsylvania, adopt the principles of the English courts of chancery.